A98A0480. FOWLER et al. v. CITY OF MARIETTA.
(522 SE2d 711)

BLACKBURN, Presiding Judge.

In *City of Marietta v. Edwards,* 271 Ga. 349 (519 SE2d 217) (1999), the Supreme Court reversed Division 1 of this Court's opinion in *Fowler v. City of Marietta,* 233 Ga. App. 622 (504 SE2d 726) (1998). Therefore, we vacate that Division of our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Johnson, C. J., McMurray, P. J., Andrews, P. J., Smith, Eldridge and Ellington, JJ., concur.*

DECIDED SEPTEMBER 21, 1999.

*Moore, Ingram, Johnson & Steele, John H. Moore, J. Kevin Moore,* for appellants.

*Haynie & Litchfield, Douglas R. Haynie,* for appellee.